

| | United States Attorney |
| | Southern District of New York |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUN 1 1 2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2007

*Via Facsimile*

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

     Re:   <u>United States v. Brian Boyd, Sr.</u>, 07 Cr. 483 (GBD)

Dear Judge Daniels:

        Pursuant to your Honor's referral, Brian Boyd, Sr. was arraigned today before Magistrate Judge Francis.

        Your Honor has scheduled an initial pre-trial conference for June 28, 2007 at 10:30 a.m. The Government requests that the Court exclude time in the above-referenced action until June 28, 2007. Such an exclusion is warranted because, among other reasons, it will enable the Government to produce initial discovery. Mr. Weinstein has consented to this exclusion of time.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By:                           
        Kenneth Allen Polite, Jr.
        Assistant United States Attorney
        (212) 637-2412

cc:    Philip L. Weinstein, Esq. (via facsimile)

        The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will enable the Government to produce initial discovery, and the defendant consents to such an exclusion of time. Accordingly, it is ORDERED that the time between the date of this Order and June 28, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:    New York, New York
           June __, 2007

        JUN 1 1 2007        *George B. Daniel*