# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street–10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Appeals Bureau
Barry D. Leiwant
Attorney-in-Charge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DATE FILED: JUN 28 2007*

June 27, 2007

**SO ORDERED**
The conference is adjourned to July 25, 2007 at 9:45 a.m.
JUN 28 2007
/s/ George B. Daniels
GEORGE B. DANIELS

**BY FAX (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**Re: United States v. Brian Boyd, Sr.**
     **07 Cr. 483(GBD)**

Dear Judge Daniels:

This case is scheduled for a conference at 10:30 a.m. on June 28th, 2007. Discovery was not received until June 26th and I sent copies to Mr. Boyd on June 27th. Obviously, there has been insufficient time to consider this material. Accordingly, I request that the conference be adjourned until sometime after July 18th, 2007, but before July 27th, 2007, when I begin a three-week vacation. The Government consents to this request. If this request is granted, please notify me by phone (212) 417-8744 so Mr. Boyd will avoid any unnecessary appearance.

Respectfully submitted,

*Philip L. Weinstein*

PHILIP L. WEINSTEIN
Associate Counsel

PLW/hcs

cc: Kenneth Allen Polite, Jr., Esq.
    Assistant U.S. Attorney/SDNY